**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Steven J. KANIADAKIS, Defendant— Appellant.**

No. 03–35752.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 13, 2005.

Decided Sept. 20, 2005.

---

Office of the U.S. Attorney, Anchorage, AK, for Plaintiff-Appellee.

Hugh W. Fleischer, Esq., Law Office of Hugh W. Fleischer, Anchorage, AK, for Defendant-Appellant.

Before: GOODWIN, BRUNETTI, and W. FLETCHER, Circuit Judges.

### ORDER AND MEMORANDUM *

Steven J. Kaniadakis appeals the denial of his habeas petition under 28 U.S.C. § 2255. We find no clear error in the district court's factual findings as to Kania-

---

dakis' numerous allegations of ineffective assistance of counsel and affirm for the reasons stated by the district court.

■ We also reject Kaniadakis' claim for relief under *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Although the United States essentially concedes the *Booker* violation, *Booker* does not apply retroactively to habeas petitions under § 2255. *United States v. Cruz*, 423 F.3d 1119 (9th Cir. 2005) (per curiam).

■ We decline to address Kaniadakis' remaining claims because he failed to raise them in his § 2255 petition before the district court. *Cacoperdo v. Demosthenes*, 37 F.3d 504, 507 (9th Cir.1994).

**Kaniadakis' pending motions are hereby denied.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.